**Petition for Writ of Mandamus Denied and Memorandum Opinion filed July 1, 2021.**



**In The**

# Fourteenth Court of Appeals

---

**NO. 14-21-00333-CV**

---

**IN RE G.T.S., Relator**

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**280th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2021-26978**

## MEMORANDUM OPINION

On June 17, 2021, relator G.T.S. filed a petition for writ of mandamus in this court. *See* Tex. Gov't Code Ann. § 22.221; *see also* Tex. R. App. P. 52. In the petition, relator asks this courts to compel the Honorable Barbara Stadler, presiding judge of the 280th District Court of Harris County, to set aside her May 5, 2021 temporary ex parte protective order.

A relator has the burden to provide the court with a sufficient record to establish his right to mandamus relief. *Walker v. Packer*, 827 S.W.3d 833, 837 (Tex. 1992) (orig. proceeding). The relator has not met his burden. The appendix does not contain all documents referenced in relator's petition. *See* Tex. R. App. P. 52.7(a)(1).

Moreover, relator has not shown that he has made the required predicate request for relief. The right to mandamus relief generally requires a predicate request for action by the trial court and its erroneous refusal to act. *In re Coppola*, 535 S.W.3d 506, 510 (Tex. 2017). Relator did not ask the trial court to set aside the temporary ex parte order before seeking mandamus relief in this court, and the arguments raised in the petition have never been presented to the trial court.

Finally, the appendix includes documents that contain unredacted sensitive information. Texas Rule of Appellate Procedure 9.9 prohibits the filing of documents containing sensitive information such as, in this case, the names of the minor children and their address. *See* Tex. R. App. P. 9.9(a). Such information is required to be redacted. *Id.* 9.9(b).

Relator has not shown that he is entitled to mandamus relief. Accordingly, we deny relator's petition for writ of mandamus.

PER CURIAM

Panel consists of Chief Justice Christopher and Justices Zimmerer and Hassan.